1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   WALTER RAPALO,                           CASE NO. 1:11-cv-01695-LJO-BAM PC

10              Plaintiff,                   ORDER DISCHARGING ORDER TO SHOW
                                            CAUSE
11        v.
                                            (ECF No. 10)
12   S. LOPEZ, et al.,

13              Defendants.
                                    /
14

15        Plaintiff Walter Rapalo is a state prisoner proceeding pro se and in forma pauperis in this

16   civil rights action pursuant to 42 U.S.C. § 1983.  On January 20, 2012, an order issued directing

17   Plaintiff to file a consent or decline form or show cause why this action should not be dismissed for

18   failure to prosecute.  (ECF No. 10.)  On February 17, 2012, Plaintiff filed a consent form.  (ECF No.

19   12.)  Accordingly, the order to show cause, issued January 20, 2012, is HEREBY DISCHARGED.

20        IT IS SO ORDERED.

21   **Dated:**   **February 28, 2012**          _____/s/ **Barbara A. McAuliffe**_____
                                                  UNITED STATES MAGISTRATE JUDGE
22

23
24
25
26
27
28