1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  WALTER RAPALO,                              CASE NO. 1:11-cv-01695-LJO-BAM PC

10                    Plaintiff,               ORDER DISCHARGING ORDER TO SHOW
                                               CAUSE
11       v.
                                               (ECF No. 10)
12  S. LOPEZ, et al.,

13                    Defendants.
                                        /
14

15        Plaintiff Walter Rapalo is a state prisoner proceeding pro se and in forma pauperis in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  On January 20, 2012, an order issued directing

17  Plaintiff to file a consent or decline form or show cause why this action should not be dismissed for

18  failure to prosecute.  (ECF No. 10.)  On February 17, 2012, Plaintiff filed a consent form.  (ECF No.

19  12.)  Accordingly, the order to show cause, issued January 20, 2012, is HEREBY DISCHARGED.

20        IT IS SO ORDERED.

21  **Dated:**   **February 28, 2012**            **/s/ Barbara A. McAuliffe**
                                               UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

1