1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                         **EASTERN DISTRICT OF CALIFORNIA**

10

11   WALTER RAPALO,                    )   Case No.: 1:11-cv-01695-LJO-BAM (PC)
                                       )
12                Plaintiff,           )   ORDER PARTIALLY GRANTING PLAINTIFF'S
                                       )   MOTION FOR EXTENSION OF TIME TO
13        v.                           )   OBJECT TO MAGISTRATE JUDGE'S FINDINGS
                                       )   AND RECOMMENDATIONS
14   S. LOPEZ, et al.,                 )
                                       )
15                Defendants.          )    (ECF No. 129)
                                       )
16                                     )   **Deadline:  May 1, 2017**
                                       )
17                                     )
                                       )
18   _____)

19        Plaintiff Walter Rapalo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

20   in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants

21   Lopez, Schaefer (erroneously sued as "Schaffer") and Manasrah for deliberate indifference to serious

22   medical needs in violation of the Eighth Amendment.

23        On March 3, 2017, the Court issued findings and recommendations that (1) Plaintiff's motion

24   for the appointment of a neutral expert be denied; (2) Plaintiff' motion to strike be denied; and (3)

25   Defendant Schaefer's motion for summary judgment be granted.  (ECF No. 125.)

26        On March 9, 2017, the Court issued findings and recommendations that Defendants Lopez and

27   Manasrah's motion for summary judgment be granted.  (ECF No. 126.)

28

                                              1

On March 14, 2017, Plaintiff filed a motion requesting an extension of time to file objections to the findings and recommendations regarding Defendant Schaefer's motion for summary judgment. (ECF No. 127.)  On March 16, 2017, the Court granted Plaintiff an extension of time to April 24, 2017, in which to file his objections.  (ECF No. 128.)

On March 22, 2017, Plaintiff filed the instant motion for an extension of time to respond the findings and recommendations regarding Defendants Lopez and Manasrah's motion for summary judgment.  (ECF No. 129.)  Plaintiff explains that additional time is needed because he does not read, write or speak English fluently and he relies on other inmates to assist him.  The inmate previously assisting him with this matter has been transferred to another prison, and Plaintiff needs time to find another inmate to assist him.  Plaintiff therefore requests an additional forty-five (45) days to May 15, 2017, to respond to the findings and recommendations issued by the Court regarding both Defendant Schaefer's motion for summary judgment and Defendants Lopez and Manasrah's motion for summary judgment.

Having considered Plaintiff's request for an extension of time, and good cause appearing, Plaintiff's request for an extension of time is HEREBY GRANTED in part.  Plaintiff already has been granted an extension of time to April 24, 2017, to file his objections related to Defendant Schaefer's motion for summary judgment (ECF No. 125).  As with his prior request, Plaintiff shall have an additional thirty (30) days to prepare his objections to the findings and recommendations regarding Defendants Lopez and Manasrah's motion for summary judgment (ECF No. 126).  Originally, Plaintiff's objections were due on March 27, 2017.  With the extension of time, Plaintiff's objections to the findings and recommendations issued on March 9, 2017, shall be due on or before **May 1, 2017**, which includes three (3) additional days for mailing.

IT IS SO ORDERED.

Dated:   **March 27, 2017**               /s/ *Barbara A. McAuliffe*          _
                                         UNITED STATES MAGISTRATE JUDGE